

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00448-CR

**EX PARTE** Barry A. **BROWN**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

On July 17, 2015, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 21, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014CR7116, 2014CR7117, 2014CR7118A and 2014CR7119A, styled *The State of Texas v. Barry A. Brown*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.